UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-173-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | **ORDER** |
| v. | |
| MICHAEL ALLEN DYER | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing on this date be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for all parties.

SO ORDERED.

This the 2nd day of November, 2017.

_____
Honorable Louise W. Flanagan
United States District Judge