IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-173-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL ALLEN DYER | ) | |
| Defendant. | ) | |

Defendant Michael Allen Dyer was arrested on August 9, 2016, within the Central District of California on a warrant issued from this court on July 20, 2016. At a detention hearing in that district, the court granted his release on certain conditions, including that he post a $100,000.00 bond secured by certain real property. The original secured bond was not transferred to this district.

It now appearing from the record that Defendant Michael Allen Dyer has complied with the conditions of release set forth in the appearance bond filed in the Central District of California, it is hereby ORDERED that the liability incurred by Defendant for the bond is hereby cancelled. The clerk is DIRECTED to transmit a copy of this order to the Central District of California so that the sureties may be released from any further liability.

SO ORDERED, this the  16th  day of March, 2018.

_____
Louise Wood Flanagan
United States District Judge